IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID S. PERRYMAN,

    Petitioner,

 v.

ELVIN VALENZUELA, Warden,

    Respondent.

No. C 13-00311 YGR (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **November 5, 2013.**

This Order terminates Docket No. 10.

DATED: September 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.13\Perryman00311.EOT-filetraverse.wpd