IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. PERRYMAN,<br><br>    Petitioner,<br><br>    v.<br><br>ERVIN VALENSUELA,<br><br>    Respondent. | Case No.: C 13-0311 YGR (PR)<br><br>**JUDGMENT** |

Pursuant to the Order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

IT IS SO ORDERED.

DATED: August 13, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**